IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON E. DEOCAMPO,

      Plaintiff,                        No. CIV S-09-3076 EFB

     vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.                 <u>ORDER</u>
_____/

     Defendant has filed an answer and administrative transcript. Under the court's previous order, plaintiff's motion for summary judgment was to be filed on August 12, 2011.

     Defendant has filed a status report which states plaintiff's counsel of record in the instant action died in May 2011. No substitution of counsel has yet been filed in the instant matter.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The case is stayed for forty-five days to allow plaintiff to find a new attorney.

     2. Within forty-five days from the date of this order, plaintiff shall file a substitution of attorney. If no substitution of attorney is filed, plaintiff shall proceed in this action pro se.

     3. The Clerk of Court is directed to serve a copy of this order on plaintiff Jason E. DeOcampo, 401 Henry Street, Vallejo, CA 94590; and Robert C. Weems (SBN 148156), 769 Center Blvd. PMB 38, Fairfax, CA 94930; rcweems@weemslawoffices.com; phone: (415) 881-

1

1 | 7653; fax: (866) 610-1430.

2 |     4. Plaintiff's motion for summary judgment shall be filed within ninety days from the date of this order.

DATED: August 25, 2011.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE